IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH F. SOULIER,

    Plaintiff,

v.

H. CRAIG HAUKAAS, Bayfield County
District Attorney; BAYFIELD COUNTY;
ROBERT FOLLIS, Bayfield County Sheriff;
and ROBERT MILLER, Bayfield County
Sheriff's Deputy,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-333-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants, dismissing plaintiff Joseph F. Soulier's case with prejudice.

_____    _____
Peter Oppeneer, Clerk of Court                   9/22/11 Date